```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Anabel Gutierrez Hernandez, et al.,                               :
                                                                  :
                              Plaintiffs,                         :        19-cv-10090 (AJN)
                                                                  :
            -v-                                                   :            ORDER
                                                                  :
Marcelo Orbe, et al.,                                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. No later than April 17, 2020, the parties must advise the Court if they can do without a conference. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: April 15, 2020  
       New York, New York                           _____  
                                                             ALISON J. NATHAN  
                                                  United States District Judge