```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anabel Hernandez, *et al.*,

                Plaintiffs,

      –v–

Marcelo Orbe, *et al.*,

                Defendants.

19-cv-10090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's Order at Dkt. No. 28 was docketed in this matter in error. The Clerk is respectfully directed to strike Dkt. No. 28 from the public docket.

    SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge