UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020
```

Hernandez.,

           Plaintiffs,

–v–

Marcel Cleaners, Inc.,

           Defendant.

19-cv-10090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Due to the extension of time to complete discovery, dkt 38, the status conference set for October 16, 2020 is hereby adjourned to November 30, 2020.

    SO ORDERED.

Dated: October 4, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge