```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Hernandez, et al.,                                                :
                                                                  :
                              Plaintiffs,                         :      19-cv-10090 (AJN)
                                                                  :
              -v-                                                 :      ORDER
                                                                  :
Marcel Cleaners, Inc., et al.,                                    :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20

ALISON J. NATHAN, United States District Judge:

In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference scheduled for **November 30, 2020 at 3:45 P.M**. in person. Counsel are to submit a joint status letter on ECF no later than **November 27, 2020**. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether they can do without a conference altogether.**

After reviewing the parties' joint status letter, the Court will issue an order indicating whether the conference is cancelled and addressing any other relevant deadlines and information. If a conference is held, it will be by telephone. The parties can access the teleconference through the Court's dedicated conference line by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: November 25, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

2