```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Guiterrez Herndandez, *et al.*,

                Plaintiffs,

       –v–

Marcel Cleaners, Inc., *et al.,*

                Defendant.

19-cv-10090 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per Judge Netburn's December 17, 2020 Order, Plaintiff Martha Elvia Magana Perez was instructed to file a notice of pro se appearance or an appearance by counsel by January 29, 2021. Ms. Magana Perez has not done so. Ms. Magana Perez has until February 24, 2021 to comply. Failure to comply may result in dismissal with prejudice for failure to prosecute.

    The firm of Neil H. Greenberg & Associates, P.C., is directed to mail a copy of this Order to the Plaintiff by February 8, 2021.

    SO ORDERED.

Dated: February 2, 2021
       New York, New York

                                                               _____
                                                                ALISON J. NATHAN
                                                            United States District Judge