```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANABEL GUTIERREZ HERNANDEZ, et al.,

                                    **Plaintiffs,**

          -against-

MARCEL CLEANERS, INC., et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

19-CV-10090 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A telephonic conference is scheduled for March 26, 2021, at 2:00 p.m. at which to discuss the status of settlement in this case. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties shall submit a joint letter of no more than three pages indicating any remaining issues that are preventing settlement from proceeding, to be filed no later than March 25, 2021, at 12:00 p.m.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               March 19, 2021